UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  )
JOHNSON, Thaddius Andrew  )  CASE NO. 10-34156-HCD-7
JOHNSON, Amanda Jean  )
              Debtors  )
  )

## ORDER FOR ABANDONMENT OF REAL ESTATE AND FOR RELIEF FROM STAY

At South Bend, Indiana, on September 30, 2010.

Comes now, EverHome Mortgage Company, ("Applicant"), by counsel, having filed its Application for Abandonment of Real Estate and for Relief From Stay, and the Court, having examined said application and being duly advised in the premises and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate of the debtors located in St. Joseph County, Indiana, more particularly described as follows:

**LOT NUMBERED FIVE (5) AS SHOWN ON THE RECORDED PLAT OF KROU AND WHITMORE'S SUBDIVISION IN THE CITY OF SOUTH BEND.**

Commonly known **115 East Donmoyer, South Bend, IN 46614** is hereby abandoned by the Court as being burdensome to this estate and the automatic stay is lifted as to said real estate.

/s/ HARRY C. DEES, JR.
**HARRY C. DEES, JR., JUDGE**
**UNITED STATES BANKRUPTCY COURT**