IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOHNSON, THADDIUS ANDREW,<br>JOHNSON, AMANDA JEAN,<br><br>Debtors. | Case No. 10-34156<br>Chapter 7 |

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Jacqueline Sells Homann, Chapter 7 Trustee, respectfully shows the Court as follows:

1. I am the Trustee for the above-captioned Debtors, having been appointed on or about August 27, 2010.

2. As Trustee, I anticipate receiving monies representing property shown on the Schedules filed by the Debtors and adopt the same as my preliminary inventory; specifically, I anticipate receiving from Debtors potential monies from tax return representing non-exempt assets of the Debtors' bankruptcy estate.

3. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtors and adopt the same as my preliminary inventory; specifically, the Debtors' interest in potential monies from tax return, which your Trustee believes may hold value to the creditors of the estate.

4. The above monies will be deposited in a certain account at The Bank of New York Mellon.

5. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated: October 15, 2010

Respectfully submitted,

 /s/  Jacqueline Sells Homann
Jacqueline Sells Homann (15462-71)
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:   (574) 233-1194
Facsimile:   (574) 233-8957
Email: jshtrustee@jonesobenchain.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2010, a true and correct copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served as follows:

| | |
|---|---|
| Patrick M. Seese<br>seeselawoffice@sbcglobal.net | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

 /s/  Jacqueline Sells Homann
Jacqueline Sells Homann